47 So.2d 920

### B. Frank CHENAULT v. DECATUR TRANSIT.
8 Div. 884.

Court of Appeals of Alabama.
May 18, 1950.

Appeal from Circuit Court. Morgan County; J. H. Crow, Jr., Judge.

W. L. Chenault, of Decatur, for appellant.

Eyster & Eyster, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.